IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adana Krouses, | No. CV-19-00534-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Bowman recommending that this Court dismiss this action for failure to prosecute pursuant to Fed.R.Civ.P. 41(b) and LRCiv 41.1. (Doc. 34.)  A review of the record reflects that no objections to the Report and Recommendation have been filed and the time to file objections has expired. The Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendation is not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Accordingly,

**IT IS HEREBY ORDERED WITHDRAWING** the reference to the Magistrate Judge, **ACCEPTING AND ADOPTING** Magistrate Judge Bowman's Report and Recommendation (Doc. 34) in full, and **DISMISSING** this action.

…

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to enter judgment accordingly and close this case.

Dated this 19th day of April, 2022.

Honorable John C. Hinderaker
United States District Judge